IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, BUTTE DIVISION

| | |
|---|---|
| LAWRENCE ANDERSON, as trustee for the LAWRENCE T. ANDERSON AND SUZANNE M. ANDERSON JOINT REVOCABLE LIVING TRUST, ROBERT AND NORA ERHART, and TJARDA CLAGETT,<br><br>    Plaintiffs,<br>v.<br><br>BOYNE USA, INC., BOYNE PROPERTIES, INC., and SUMMIT HOTEL, LLC,<br><br>    Defendants. | Cause No. 2:21-cv-00095-BMM<br><br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL** |

Upon Plaintiffs' motion for leave to file under seal and good cause appearing, it is hereby ordered that Exhibits 2 and 6 to Plaintiffs' reply in support of their motion to compel may be filed under seal pursuant to the Court's Stipulated Confidentiality Order.

DATED this __1st__ day of __November__ 2023.

_____
Brian Morris, Chief District Judge
United States District Court