IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LAWRENCE ANDERSON, as trustee for the LAWRENCE T. ANDERSON AND SUZANNE M. ANDERSON JOINT REVOCABLE LIVING TRUST, ROBERT AND NORA ERHART, and TJARDA CLAGETT,<br><br>Plaintiffs,<br><br>v.<br><br>BOYNE USA, INC., BOYNE PROPERTIES, INC., and SUMMIT HOTEL, LLC,<br><br>Defendants. | Cause No. 2:21-cv-00095-BMM<br><br><br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL** |

Upon Plaintiffs' motion for leave to file under seal and good cause appearing, it is hereby ordered that Exhibits 31 and 32 to Plaintiffs' L.R. 56.1(b) Statement of Disputed Facts may be filed under seal pursuant to the Court's Stipulated Confidentiality Order.

DATED this 16th day of January, 2024.

_____
Brian Morris, Chief District Judge
United States District Court