# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| LAWRENCE ANDERSON, as trustee for the LAWRENCE T. ANDERSON AND SUZANNE M. ANDERSON JOINT REVOCABLE LIVING TRUST, ROBERT AND NORA ERHART, and TJARDA CLAGETT,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>BOYNE USA, INC., BOYNE PROPERTIES, INC., and SUMMIT HOTEL, LLC,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-00095-BMM<br><br><br>**ORDER GRANTING MOTION TO VACATE SCHEDULING ORDER AND SETTING SCHEDULING CONFERENCE** |

In consideration of Plaintiffs' motion to vacate the scheduling order, it being unopposed and good cause otherwise appearing, the motion is hereby GRANTED and the current scheduling order (Doc. 156) is VACATED. A telephonic scheduling conference is set for February 22, 2024 at 1:30 p.m. The call-in number is 877-402-9753 access code: 5136505. The parties will jointly file proposed new dates on or before February 21, 2024.

_____
Brian Morris, Chief District Judge
United States District Court