# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| LAWRENCE ANDERSON, as trustee for the LAWRENCE T. ANDERSON AND SUZANNE M. ANDERSON JOINT REVOCABLE LIVING TRUST; ROBERT AND NORA ERHART; and TJARDA CLAGETT,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BOYNE USA, INC.; BOYNE PROPERTIES, INC.; and SUMMIT HOTEL, LLC,<br><br>　　　　　Defendants. | No. CV 21-95-BU-BMM<br><br>ORDER |

　　　This is an order to clarify text order (Doc. 373.) Parties should be prepared to address the following motions at oral argument on Thursday, January 16, 2025: Doc. 274, Doc. 317, Doc. 320, Doc. 329, Doc. 340, Doc. 342, Doc. 344, Doc. 346, Doc. 348, Doc. 350, Doc. 352, and Doc. 354.

　　　DATED this 14th day of January, 2025.

_____
Brian Morris, Chief District Judge
United States District Court