UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LAWRENCE ANDERSON, as trustee for the LAWRENCE T. ANDERSON AND SUZANNE M. ANDERSON JOINT REVOCABLE LIVING TRUST, ROBERT AND NORA ERHART, and TJARDA CLAGETT,<br><br>        Plaintiffs,<br><br>vs.<br><br>BOYNE USA, INC., BOYNE PROPERTIES, INC., AND SUMMIT HOTEL, LLC<br><br>        Defendants. | Cause No. 2:21-cv-00095-BMM<br><br>**ORDER** |

Upon the parties' Joint Motion to Conduct Hearing Via Zoom, and good cause appearing, IT IS ORDERED that the Motion is GRANTED. The Deputy Clerk of Court will e-mail the parties the Zoom link.

DATED this 26th day of February, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts