Ben Alke
John G. Crist
CRIST, KROGH, ALKE & NORD, PLLC
209 S. Willson Ave.
Bozeman, MT 59715
Tel: (406) 255-0400
balke@cristlaw.com
jcrist@cristlaw.com

Devlan Geddes
Jeffrey J. Tierney
Henry J. K. Tesar
GOETZ, GEDDES & GARDNER, P.C.
35 N. Grand Ave.
Bozeman, MT 59715
Tel: (406) 587-0618
devlan@goetzlawfirm.com
jtierney@goetzlawfirm.com
htesar@goetzlawfirm.com

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA, BUTTE DIVISION

| | |
|---|---|
| LAWRENCE ANDERSON, as trustee for the LAWRENCE T. ANDERSON AND SUZANNE M. ANDERSON JOINT REVOCABLE LIVING TRUST, ROBERT AND NORA ERHART, and TJARDA CLAGETT,<br><br>    Plaintiffs,<br> v.<br><br>BOYNE USA, INC., BOYNE PROPERTIES, INC., and SUMMIT HOTEL, LLC,<br><br>    Defendants. | Case No. 2:21-cv-00095-BMM<br><br>**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs, on behalf of themselves and the certified class, hereby move for preliminary approval of the settlement reached in this case.

This Motion is made pursuant to Federal Rule of Civil Procedure 23(e). The Motion is based upon the accompanying Brief in Support of Motion for Preliminary Approval of Class Action Settlement, the Parties' Agreement for Settlement and Release of All Claims (Exhibit 1), the Declaration of Benjamin J. Alke (Exhibit 2), the records on file in this action, and upon additional arguments as may be presented at the hearing on this Motion. Counsel for Defendants has been contacted, and Defendants do not oppose this Motion.

DATED this 27th day of February 2025

CRIST, KROGH, ALKE & NORD, PLLC

By: /s/ Ben Alke

GOETZ, GEDDES & GARDNER, P.C.

By: /s/ Jeffrey J. Tierney