Ben Alke
John G. Crist
CRIST, KROGH, ALKE & NORD, PLLC
209 S. Willson Ave.
Bozeman, MT 59715
Tel: (406) 255-0400
balke@cristlaw.com
jcrist@cristlaw.com

J. Devlan Geddes
Jeffrey J. Tierney
Henry J. K. Tesar
GOETZ, GEDDES & GARDNER, P.C.
35 N. Grand Ave.
Bozeman, MT 59715
Tel: (406) 587-0618
devlan@goetzlawfirm.com
jtierney@goetzlawfirm.com
htesar@goetzlawfirm.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, BUTTE DIVISION**

| | |
|---|---|
| LAWRENCE ANDERSON, as trustee for the LAWRENCE T. ANDERSON AND SUZANNE M. ANDERSON JOINT REVOCABLE LIVING TRUST, ROBERT AND NORA ERHART, and TJARDA CLAGETT,<br><br>               Plaintiffs,<br>   v.<br><br>BOYNE USA, INC., BOYNE PROPERTIES, INC., and SUMMIT HOTEL, LLC,<br><br>               Defendants. | Case No. 2:21-cv-00095-BMM<br><br><br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs, on behalf of themselves and the certified class, hereby move for final approval of the settlement reached in this case.

This motion is supported by an accompanying brief and exhibits.

DATED this 23rd day of May, 2025.

        GOETZ, GEDDES & GARDNER, P.C.

        By: /s/ Jeffrey J. Tierney
        J. Devlan Geddes
        Jeffrey J. Tierney
        Henry J. Tesar

        CRIST, KROGH, ALKE & NORD, PLLC

        Ben Alke
        John G. Crist

        Attorneys for Plaintiffs